EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Rogelio Canales Pacheco | 2017 TSPR 14 197 DPR ____ |

Número del Caso: AB-2014-407

Fecha: 27 de enero de 2017

Abogado del Promovente:

        Por derecho propio

Oficina de la Procuradora General:

        Lcda. Margarita Mercado Echegaray
        Procuradora General

        Lcda. Yaizamarie Lugo Fontánez
        Procuradora General Auxiliar

Materia: Conducta Profesional – Suspensión de la notaría será efectiva una vez advenga final y firme la Sentencia conforme la Regla 45 del Reglamento del Tribunal Supremo de Puerto Rico.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Rogelio Canales Pacheco     **Núm.** AB-2014-0407

RESOLUCIÓN

San Juan, Puerto Rico, a 27 de enero de 2017

Examinado el *Informe* presentado por el Lcdo. Manuel E. Ávila De Jesús, Director de la Oficina de Inspección de Notarías, el *Escrito de Reacción a Informe de ODIN* presentado por el Lcdo. Rogelio Canales Pacheco, el *Informe de la Procuradora General* y no habiendo cumplido el licenciado Canales Pacheco a nuestra Resolución de 5 de febrero de 2016, se ordena a la Procuradora General presentar la correspondiente querella.

Se suspende preventivamente al licenciado Canales Pacheco del ejercicio de la notaría hasta que este Tribunal tome una determinación final sobre este asunto.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo